**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-41186
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

NOEMI DUARTE FREEMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(C-94-CR-68-7)
_____

December 18, 1998

Before HIGGINBOTHAM, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

After a careful review of the record and based upon the briefs and argument of counsel, the judgment of the district court is affirmed essentially for the reasons assigned by the district court in its careful opinion of June 25, 1997.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.